(March 6, 1981)

■ In the Matter of DANIEL M. GREENFIELD, Petitioner, v NEW YORK STATE EDUCATION DEPARTMENT et al., Respondents. — Motion for stay of order of suspension pending determination of review proceeding denied, without costs. The papers fail to show a substantial likelihood of success, as required by subdivision 5 of section 6510 of the Education Law. Mahoney, P.J., Sweeney, Kane, Casey and Mikoll, JJ., concur.

■ In the Matter of PAUL P. GREENWALDT, Petitioner, v SOL GREENBERG, as District Attorney of the County of Albany, Respondent. — Application by petitioner for a writ of prohibition directed to the District Attorney of Albany County dismissed. The proceeding was improperly instituted in this court (CPLR 506, subd [b]). Mahoney, P.J., Mikoll, Casey, Yesawich, Jr., and Weiss, JJ., concur.

■ In the Matter of BETTY H. WOODFIN, Respondent, v JAMES M. WOODFIN, Appellant. — Motion for summary reversal of an order of Family Court, Chemung County, upon the grounds that the stenographer has died and the parties cannot agree on stipulated facts. Motion granted upon consent, without costs. Mahoney, P.J., Sweeney, Kane, Casey and Yesawich, Jr., JJ., concur.